# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA, ~~UNDER SEAL~~

V.

ROGELIO BELLOSO ALEMAN, et al.

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEFENDANT(S).

---

# SUPERSEDING INDICTMENT

18 U.S.C. § 1962(d) – Racketeering Conspiracy;
18 U.S.C. § 1959(a)(5) – Attempted Murder in Aid of Racketeering;
18 U.S.C. § 1959(a)(3) – Assault With a Dangerous Weapon in Aid of Racketeering;
18 U.S.C. § 924(c) – Discharge of a Firearm During and in Furtherance of a Crime of Violence;
18 U.S.C. § 2 – Aiding and Abetting
18 U.S.C. §§ 924(d) and 1963 – Forfeiture Allegation

A true bill.

*True Bill*

_____
Foreman

Filed in open court this ___18___ day of

___February 2020___

_____       KAREN L. HOM
                                Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ ___no bail amt___   *process fed'r Kevin Rayes defender warrants all other defend*

39

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ ROGELIO BELLOSO ALEMAN, a/k/a "Smiley"

**FILED**

**FEB 18 2020**

DISTRICT COURT NUMBER

CR 19-0280 SI

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   David L. Anderson

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Andrew Scoble/Ravi T. Narayan

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge   ~~UNDER SEAL~~

5) ☐ On another conviction

6) ☒ Awaiting trial on other charges   } ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer   ☐ Yes   If "Yes"
been filed?   ☐ No   } give date filed

DATE OF
ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY   ▶

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
### ROGELIO BELLOSO ALEMAN, a/k/a "Smiley"

**18 U.S.C. § 1962(d) (Racketeering Conspiracy)**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**FILED**

**FEB 18 2020**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)**
**Count 9:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |



UNDER SEAL

1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                 ☒ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

EDWIN ALVARADO AMAYA, a/k/a "Muerte"

DISTRICT COURT NUMBER

CR 19-0280 SI

**FILED**

**FEB 18 2020**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person Furnishing Information on this form   David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Andrew Scoble/Ravi T. Narayan

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▷ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

~~UNDER SEAL~~

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction          ☐ Federal ☐ State }

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer   ☐ Yes   } If "Yes"
been filed?    ☐ No      give date filed ____

DATE OF ARREST ▷   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▷   Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

**PENALTY SHEET ATTACHMENT:**
**EDWIN ALVARADO AMAYA, a/k/a "Muerte"**

**FILED**

**FEB 18 2020**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**18 U.S.C. § 1962(d) (Racketeering Conspiracy)**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to life |
| Supervised release: | up to 5 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. §§ 1959(a)(5) and 2 (Attempted Murder in Aid of Racketeering)**
**Count 8:**

| | |
|---|---|
| Imprisonment: | up to 10 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |



UNDER SEAL

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

─ **OFFENSE CHARGED** ─

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   See Penalty Sheet Attachment

─────────

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED

─ **DEFENDANT - U.S** ─

FEB 18 2020

▶ FERNANDO ROMERO BONILLA, a/k/a "Black"

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 19-0280 SI

─ **PROCEEDING** ─

Name of Complaintant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
}  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
}  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form      David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Andrew Scoble/Ravi T. Narayan

─ **DEFENDANT** ─

**IS _NOT_ IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
   summons was served on above charges ▶

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

UNDER SEAL

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
}  ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No     }  give date filed

**DATE OF
ARREST**   ▶      Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**  ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

─ **ADDITIONAL INFORMATION OR COMMENTS** ─

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT:**
**FERNANDO ROMERO BONILLA, a/k/a "Black"**

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**18 U.S.C. § 1962(d) (Racketeering Conspiracy)**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)**
**Count 10:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |



UNDER SEAL

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

FILED

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

—— OFFENSE CHARGED ——

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

—— DEFENDANT - U.S ——

▶ KENNETH CAMPOS, a/k/a "Nesio"

DISTRICT COURT NUMBER

CR 19-0280 SI

—— PROCEEDING ——

Name of Complainant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Andrew Scoble/Ravi T. Narayan

—— DEFENDANT ——

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

UNDER SEAL

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   } If "Yes"
been filed?   ☐ No   give date filed

DATE OF
ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORN



**PENALTY SHEET ATTACHMENT:**
**KENNETH CAMPOS, a/k/a "Nesio"**

**18 U.S.C. § 1962(d) (Racketeering Conspiracy)**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)**
**Count 5, Count 9 each:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |



UNDER SEAL

1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

### OFFENSE CHARGED

See Penalty Sheet Attachment

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:   See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

┌ DEFENDANT - U.S

▶ EVERT GALDAMEZ CISNEROS, a/k/a "Talentoso"

DISTRICT COURT NUMBER

CR 19-0280 SI

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form     David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Andrew Scoble/Ravi T. Narayan

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.

1) ☐ If not detained give date any prior
summons was served on above charges ▶ _____

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

UNDER SEAL

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?   ☐ No   give date
filed _____

DATE OF
ARREST   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**PENALTY SHEET ATTACHMENT:**
**EVERT GALDAMEZ CISNEROS, a/k/a "Talentoso"**

**18 U.S.C. § 1962(d) (Racketeering Conspiracy)**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)**
**Count 10:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |



AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

—— OFFENSE CHARGED ——

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:   See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

*FILED*
*FEB 18 2020*
*SUSAN Y. SOONG*
*CLERK U.S. DISTRICT COURT*
*NORTH DISTRICT OF CALIFORNIA*

—— DEFENDANT - U.S ——

▶ LUIS VELIS DIAZ, a/k/a "Popa"

DISTRICT COURT NUMBER

CR 19-0280 SI

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

_____

Name and Office of Person
Furnishing Information on this form     David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Andrew Scoble/Ravi T. Narayan

—— DEFENDANT ——

**IS NOT IN CUSTODY**
    Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior ▶
    summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

~~UNDER SEAL~~

_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal   ☐ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    } give date
                          filed

DATE OF          Month/Day/Year
ARREST ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**PENALTY SHEET ATTACHMENT:**
**LUIS VELIS DIAZ, a/k/a "Popa"**

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**18 U.S.C. § 1962(d) (Racketeering Conspiracy)**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)**
**Count 11:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |



UNDER SEAL

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

### OFFENSE CHARGED

See Penalty Sheet Attachment

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:   See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*
*SEP 18 2020*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTH DISTRICT OF CALIFORNIA*

### DEFENDANT - U.S

▶ RONALDY DOMINGUEZ, a/k/a "Smokey"

DISTRICT COURT NUMBER

CR 19-0280 SI

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

_____

Name and Office of Person Furnishing Information on this form   David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Andrew Scoble/Ravi T. Narayan

### DEFENDANT

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

~~UNDER SEAL~~

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

  ☐ Federal   ☐ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed?   ☐ Yes   ☐ No

If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

**PENALTY SHEET ATTACHMENT:**
**RONALDY DOMINGUEZ, a/k/a "Smokey"**

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**18 U.S.C. § 1962(d) (Racketeering Conspiracy)**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to life |
| Supervised release: | up to 5 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. §§ 1959(a)(5) and 2 (Attempted Murder in Aid of Racketeering)**
**Count 2:**

UNDER SEAL

| | |
|---|---|
| Imprisonment: | up to 10 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)**
**Count 11, Count 14 each:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

#### OFFENSE CHARGED

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

~~FILED~~

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

— DEFENDANT - U.S

▶ OSCAR ESPINAL, a/k/a "Chuy"

DISTRICT COURT NUMBER

CR 19-0280 SI

#### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
   ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Andrew Scoble/Ravi T. Narayan

#### DEFENDANT

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ▶
2) ☐ Is a Fugitive   ~~UNDER SEAL~~
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☒ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution
      San Francisco County Jail

Has detainer   ☐ Yes   } If "Yes"
been filed?   ☐ No      give date filed

DATE OF
ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## OSCAR ESPINAL, a/k/a "Chuy"

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### 18 U.S.C. § 1962(d) (Racketeering Conspiracy)
### Count 1:

| | |
|---|---|
| Imprisonment: | up to life |
| Supervised release: | up to 5 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

### 18 U.S.C. §§ 1959(a)(5) and 2 (Attempted Murder in Aid of Racketeering) UNDER SEAL
### Count 8:

| | |
|---|---|
| Imprisonment: | up to 10 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

--- OFFENSE CHARGED ---

See Penalty Sheet Attachment

☐ Petty

☐ Minor

☐ Misde-
   meanor

☒ Felony

PENALTY:   See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--- DEFENDANT - U.S ---

▶ WILFREDO IRAHETA LANDAVERDE, a/k/a "Wally"

DISTRICT COURT NUMBER

CR 19-0280 SI

**FILED**

**FEB 18 2020**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court,
   give name of court

_____

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:

   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under

Name and Office of Person
Furnishing Information on this form        David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        Andrew Scoble/Ravi T. Narayan

--- DEFENDANT ---

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ▶ _____

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

UNDER SEAL

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        give date
                           filed

DATE OF                    Month/Day/Year
ARREST         ▶ _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED           Month/Day/Year
TO U.S. CUSTODY ▶ _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount: No Bail

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____        Before Judge: _____

Comments:

**PENALTY SHEET ATTACHMENT:**
**WILFREDO IRAHETA LANDAVERDE, a/k/a "Wally"**

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**18 U.S.C. § 1962(d) (Racketeering Conspiracy)**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |



1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING

─ OFFENSE CHARGED ─

See Penalty Sheet Attachment
☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:  See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
FEB 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

─ DEFENDANT - U.S ─

▶ KEVIN REYES MELENDEZ, a/k/a "Neutron"

DISTRICT COURT NUMBER
CR 19-0280 SI

UNDER SEAL

─ PROCEEDING ─

Name of Complainant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form  David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Andrew Scoble/Ravi T. Narayan

─ DEFENDANT ─

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction
} ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes  } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  Month/Day/Year

☐ This report amends AO 257 previously submitted

─ ADDITIONAL INFORMATION OR COMMENTS ─

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT:**
**KEVIN REYES MELENDEZ, a/k/a "Neutron"**

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**18 U.S.C. § 1962(d) (Racketeering Conspiracy)**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to life |
| Supervised release: | up to 5 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. §§ 1959(a)(5) and 2 (Attempted Murder in Aid of Racketeering)** 
**Count 2:**

| | |
|---|---|
| Imprisonment: | up to 10 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. § 924(c)(1)(A) (Discharge of a Firearm During and in Furtherance of a Crime of Violence)**
**Count 4:**

| | |
|---|---|
| Imprisonment: | up to life (mandatory minimum term of 5 years, 7 years (if firearm brandished), or 10 years (if firearm discharged), to be imposed consecutive to any other term of imprisonment) |
| Supervised release: | up to 5 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)**
**Count 9:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED 19 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

See Penalty Sheet Attachment

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:  See Penalty Sheet Attachment

— DEFENDANT - U.S

MISSAEL MENDOZA

DISTRICT COURT NUMBER

CR 19-0280 SI

UNDER SEAL

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

   ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form          David L. Anderson

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)          Andrew Scoble/Ravi T. Narayan

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
   summons was served on above charges ▸ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction      ☐ Federal ☐ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
San Mateo County Jail

Has detainer ☐ Yes   If "Yes"
been filed?      give date
      ☐ No   filed _____

DATE OF
ARREST          Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED          Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____ Before Judge: _____

Comments:



## PENALTY SHEET ATTACHMENT:
## MISSAEL MENDOZA

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)**

**Count 13, Count 14 each:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |



1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

### OFFENSE CHARGED

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**FILED**
FEB 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### DEFENDANT - U.S

▶ CHRISTIAN QUINTANILLA

DISTRICT COURT NUMBER
CR 19-0280 SI

UNDER SEAL

### DEFENDANT

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   }

Name and Office of Person
Furnishing Information on this form     David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Andrew Scoble/Ravi T. Narayan

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
   summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
FEB 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☒ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   San Mateo County Jail

Has detainer   ☐ Yes   } If "Yes"
been filed?    ☐ No       give date filed

DATE OF
ARREST ▶                    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶         Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT:**
**CHRISTIAN QUINTANILLA**

**18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)**
**Count 12, Count 14 each:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

UNDER SEAL
FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:   See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

► ELMER RODRIGUEZ, a/k/a "Gordo"

DISTRICT COURT NUMBER

CR 19-0280 SI

UNDER SEAL

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Andrew Scoble/Ravi T. Narayan

DEFENDANT

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior
summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction        } ☐ Federal ☐ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

San Francisco County Jail

Has detainer ☐ Yes   } If "Yes"
been filed?   ☐ No      give date
filed

DATE OF         Month/Day/Year
ARREST   ►

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED         Month/Day/Year
TO U.S. CUSTODY   ►

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT:**
**ELMER RODRIGUEZ, a/k/a "Gordo"**

**18 U.S.C. § 1962(d) (Racketeering Conspiracy)**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to life |
| Supervised release: | up to 5 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |



UNDER SEAL

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**18 U.S.C. §§ 1959(a)(5) and 2 (Attempted Murder in Aid of Racketeering)**
**Count 6:**

| | |
|---|---|
| Imprisonment: | up to 10 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. § 924(c)(1)(A) (Discharge of a Firearm During and in Furtherance of a Crime of Violence)**
**Count 7:**

| | |
|---|---|
| Imprisonment: | up to life (mandatory minimum term of 5 years, 7 years (if firearm brandished), or 10 years (if firearm discharged), to be imposed consecutive to any other term of imprisonment) |
| Supervised release: | up to 5 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

See Penalty Sheet Attachment

☐ Petty

☐ Minor

☐ Misde-
  meanor

☒ Felony

PENALTY:   See Penalty Sheet Attachment

┌── DEFENDANT - U.S ──────────────────┐

▶ MARVIN OSEGUEDA-SARAVIA, a/k/a "Chiquis"    UNDER SEAL

DISTRICT COURT NUMBER

CR 19-0280 SI

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Andrew Scoble/Ravi T. Narayan

#### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.

1) ☐   If not detained give date any prior summons was served on above charges  ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

#### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☒ Awaiting trial on other charges

☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

San Mateo County Jail

Has detainer
been filed?

☐ Yes
☐ No

If "Yes"
give date
filed  _____

DATE OF
ARREST  ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY  ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

**PENALTY SHEET ATTACHMENT:**
**MARVIN OSEGUEDA SARAVIA, a/k/a "Chiquis"**

**18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)**
**Count 12, Count 14 each:**

Imprisonment:          up to 20 years
Supervised release:    up to 3 years
Fine:                  up to $250,000
Special assessment:    $100 (mandatory)

UNDER SEAL

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

### OFFENSE CHARGED

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─ DEFENDANT - U.S. ─

UNDER SEAL

▶ KEVIN RAMIREZ VALENCIA, a/k/a "Delincuente"

DISTRICT COURT NUMBER

CR 19-0280 SI

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

}

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

}

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

_____

Name and Office of Person
Furnishing Information on this form       David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       Andrew Scoble/Ravi T. Narayan

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction         ☐ Federal ☐ State
                                   }

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

_____

Has detainer  ☐ Yes      If "Yes"
been filed?   ☐ No        give date
                          filed        _____

DATE OF
ARREST                    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶        Month/Day/Year
TO U.S. CUSTODY           _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance        *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

_____

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT:
### KEVIN RAMIREZ VALENCIA, a/k/a "Delincuente"

### 18 U.S.C. § 1962(d) (Racketeering Conspiracy)
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |



### 18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)
**Count 14:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

---

### OFFENSE CHARGED

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   See Penalty Sheet Attachment

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---

DEFENDANT - U.S

► ALEXIS CRUZ ZEPEDA, a/k/a "Zorro"  ~~UNDER SEAL~~

DISTRICT COURT NUMBER

CR 19-0280 SI

---

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:       SHOW DOCKET NO.

☐ U.S. ATTORNEY   ☐ DEFENSE   }

_____

☐ this prosecution relates to a pending case involving this same defendant       MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   }

_____

Name and Office of Person
Furnishing Information on this form       David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       Andrew Scoble/Ravi T. Narayan

---

### DEFENDANT

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

IS IN CUSTODY

4) ☐ On this charge

5) ☒ On another conviction       ☐ Federal   ☒ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

_____

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        give date
                           filed      _____

DATE OF
ARREST ►       Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED       Month/Day/Year
TO U.S. CUSTODY ►

☐ This report amends AO 257 previously submitted

FILED
FEB 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT       Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:       Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## ALEXIS CRUZ ZEPEDA, a/k/a "Zorro"

### 18 U.S.C. § 1962(d) (Racketeering Conspiracy)
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to life |
| Supervised release: | up to 5 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

UNDER SEAL

### 18 U.S.C. §§ 1959(a)(5) and 2 (Attempted Murder in Aid of Racketeering)
**Count 2:**

| | |
|---|---|
| Imprisonment: | up to 10 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### 18 U.S.C. § 924(c)(1)(A) (Discharge of a Firearm During and in Furtherance of a Crime of Violence)
**Count 3:**

| | |
|---|---|
| Imprisonment: | up to life (mandatory minimum term of 5 years, 7 years (if firearm brandished), or 10 years (if firearm discharged), to be imposed consecutive to any other term of imprisonment) |
| Supervised release: | up to 5 years |
| Fine: | up to $250,000 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNDER SEAL

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:   See Penalty Sheet Attachment

─── DEFENDANT - U.S ───

▶ KEVIN GUATEMALA ZEPEDA, a/k/a "Mision"

DISTRICT COURT NUMBER

CR 19-0280 SI

FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

HSI SA Thomas G. Degnim

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                SHOW
                                   DOCKET NO.
☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a
pending case involving this same
defendant                          MAGISTRATE
                                   CASE NO.
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form      David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Andrew Scoble/Ravi T. Narayan

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
                              }   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer      ☐ Yes      If "Yes"
been filed?       ☐ No    }  give date
                             filed

DATE OF          Month/Day/Year
ARREST   ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED      Month/Day/Year
TO U.S. CUSTODY   ▶

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:



**PENALTY SHEET ATTACHMENT:**
**KEVIN GUATEMALA ZEPEDA, a/k/a "Mision"**


FILED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**18 U.S.C. § 1962(d) (Racketeering Conspiracy)**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

**18 U.S.C. §§ 1959(a)(3) and 2 (Assault with a Dangerous Weapon in Aid of Racketeering)**
**Count 10:**

| | |
|---|---|
| Imprisonment: | up to 20 years |
| Supervised release: | up to 3 years |
| Fine: | up to $250,000 |
| Special assessment: | $100 (mandatory) |

1   DAVID L. ANDERSON (CABN 149604)
2   United States Attorney

3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,              )   CASE NO.: CR 19-0280 SI
                                            )
12                      Plaintiff,          )
                                            )   SUPERSEDING INDICTMENT
13          v.                              )
                                            )   18 U.S.C. § 1962(d) – Racketeering Conspiracy;
14   (1)  ROGELIO BELLOSO ALEMAN,           )   18 U.S.C. § 1959(a)(5) – Attempted Murder in Aid of
          a/k/a "Smiley,"                   )   Racketeering;
15   (2)  EDWIN ALVARADO AMAYA,             )   18 U.S.C. § 1959(a)(3) – Assault With a Dangerous
          a/k/a "Black,"                    )   Weapon in Aid of Racketeering;
16   (3)  FERNANDO ROMERO BONILLA,          )   18 U.S.C. § 924(c) – Discharge of a Firearm During
          a/k/a "Muerte,"                   )   and in Furtherance of a Crime of Violence;
17   (4)  KENNETH CAMPOS,                   )   18 U.S.C. § 2 – Aiding and Abetting
          a/k/a "Black,"                    )   18 U.S.C. §§ 924(d) and 1963 – Forfeiture Allegation
18   (5)  EVERT GALDAMEZ CISNEROS,          )
          a/k/a "Nesio,"                    )
19   (6)  LUIS VELIS DIAZ,                  )
          a/k/a "Talentoso,"                )
20   (7)  RONALDY DOMINGUEZ,                )
          a/k/a "Popa,"                     )
21   (8)  OSCAR ESPINAL,                    )
          a/k/a "Smokey,"                   )
22   (9)  WILFREDO IRAHETA LANDAVERDE,      )
          a/k/a "Chuy,"                     )
23   (10) KEVIN REYES MELENDEZ,             )
          a/k/a "Wally,"                    )
24   (11) MISSAEL MENDOZA,                  )
          a/k/a "Neutron,"                  )
25   (12) CHRISTIAN QUINTANILLA,            )
                                            )
26   (13) ELMER RODRIGUEZ,                  )
          a/k/a "Gordo,"                    )
27   (14) MARVIN OSEGUEDA SARAVIA,          )
          a/k/a "Chiquis,"                  )
28   (15) KEVIN RAMIREZ VALENCIA,           )
          a/k/a "Delincuente,"              )

1   (16) ALEXIS CRUZ ZEPEDA,                    )
        a/k/a "Zorro," and                       )
2   (17) KEVIN GUATEMALA ZEPEDA,                )
        a/k/a "Mision,"                          )
3                                                )
                                                 )
4   Defendants.                                  )
                                                 )
5   _____       )

6                   S U P E R S E D I N G   I N D I C T M E N T

7          The Grand Jury charges, with all dates being approximate and inclusive, that at all times relevant

8   to this Superseding Indictment:

9                              Introductory Allegations

10         1.     *La Mara Salvatrucha*, hereafter "MS-13," was and is a gang composed primarily of

11  persons of El Salvadorian descent.  It operated in various countries, including El Salvador and the

12  United States.  Within the United States, it operated in the Northern District of California.

13         2.     MS-13 is a transnational criminal organization with over 10,000 members regularly

14  conducting gang activities in at least twenty states and the District of Columbia, as well as in other

15  nations, including Mexico, Honduras, Guatemala, and El Salvador.  In the United States, MS-13 is one

16  of the largest street gangs.  It has been active in this country since the 1980s, when it originated in Los

17  Angeles, California.  Since then, MS-13 has spread to other cities in California, including San Francisco,

18  Santa Cruz, Richmond, and Daly City, and across the country to other states, including Virginia,

19  Maryland, New York, Tennessee, North Carolina, and Texas.

20         3.     MS-13 is organized into "cliques," that is, smaller groups which typically operate in a

21  specific city or region.  MS-13 cliques are grouped into "programs," with each program having a

22  "program leader" overseeing multiple cliques.  MS-13 cliques – including those within the same

23  program – sometimes work together cooperatively to engage in criminal activity and to assist one

24  another in, among other things, avoiding detection by law enforcement.  Individual cliques, including

25  MS-13 20th Street, have their own set of rules; however, they also operate under the umbrella rules of

26  MS-13.

27         4.     Leaders of individual MS-13 cliques are sometimes called "shot callers" or "*El

28  Palabrero*."  Above the clique leaders are the program leaders and the gang leaders, some of whom are

SUPERSEDING INDICTMENT                    2

incarcerated in the United States and in El Salvador, and who convey their orders through, among other means, the use of cellular telephones that are brought into prisons. The leaders of MS-13 resolve disputes between gang members, address organizational issues, and participate in significant gang decisions, such as whether to authorize the killing of members of rival gangs, and of MS-13 gang members, associates, and other individuals suspected of cooperating with law enforcement or otherwise breaking MS-13 rules.

5. "MS-13 20th Street" is a clique claiming territory in the Mission District of San Francisco. They claim the corridor along Mission Street between 15th Street to the north and 21st Street to the south, and Church Street to the west and South Van Ness Avenue to the east. Mission Playground lies at the center of the gang's claimed territory. MS-13 20th Street also claims Dolores Park and Bryant Square Park. The gang seeks to maintain control of drug distribution in its turf. Among other things, the gang's members engage in the sale of narcotics, robbery, extortion, and other violent crimes (including murder). In the commission of these crimes, and for defense, MS-13 20th Street members use guns, knives, and other weapons.

6. Some members of MS-13 signify their membership and association with tattoos depicting devil horns or the "Santa Muerte," or reading "MARA SALVATRUCHA," "MS," "MS-13," "503" (representing the El Salvador country code), "20" (for 20th Street clique), or similar words and symbols, often written in Gothic lettering. Not all MS-13 members bear such tattoos. The colors blue, black, and white are often used as symbols of MS-13 and members often wear clothing with these colors bearing the number "13" or a combination of numbers adding up to 13, or which features horns, such as clothing bearing the logo of the NBA franchise the Chicago Bulls. Also, MS-13 members sometimes mark their territory through the use of graffiti with the letters "MS" or other shorthand references to MS-13, as well as clique-specific graffiti like "20th Street." MS-13 members often refer to one another by their gang monikers or other nicknames, and may not in fact know the real names of their fellow gang members.

7. In order to join MS-13, recruits undergo an initiation process composed of various stages, during which the recruit is referred to alternatively as a "*paro*," or "*chequeo*." Each step requires the completion of certain activities – usually crimes – that allow the recruit to demonstrate his allegiance to the gang, its rules, and its ethos. After the last stage, the recruit may be invited to become a full-member

of the gang, known as a "homeboy" or "homie." This last stage includes a "jumping-in" ceremony, during which the recruit is beaten by other gang members for 13 seconds.

8.      Members of MS-13 20th Street are expected to protect the name, reputation, and status of the gang from rival gang members and other persons. Members of the MS-13 20th Street require that all individuals show respect and deference to the gang and its membership. To protect the gang and to enhance its reputation, MS-13 20th Street members are expected to use any means necessary to force respect from those who show disrespect, including acts of intimidation and violence.

9.      In the San Francisco area, the principal rivals to MS-13 20th Street are the various Norteño gangs. MS-13 20th Street has been, and continues to be, engaged in violence against Norteños; similarly, Norteños engage in violence against rival gang members, including MS-13. Indeed, one of the rules common to both gangs is that members of each side are expected to attack members of the other side. The more brazen the attack, the greater the respect that is given to the attacker by fellow gang members. As a result, innocent bystanders have been injured and even killed simply for being in the wrong place at the wrong time during a gang attack, for being in the physical presence of a gang member, or for being mistaken for a rival gang member (based, for instance, on the mere color of their apparel).

10.     Members of MS-13 20th Street engage in criminal activity, including murder, attempted murder, narcotics distribution, assault, robbery, and obstruction of justice by threatening and intimidating fellow gang members and others whom they believe to be cooperating with law enforcement. Members of MS-13 20th Street are often required to commit acts of violence to maintain membership and discipline within the gang, including violence against rival gang members or those they perceive to be rival gang members, as well as MS-13 20th Street members and associates who violate the gang's rules (such as the rule against cooperating with law enforcement). As a result of MS-13 20th Street members' use of violence, innocent persons are sometimes injured or killed. Participation in criminal activity by a member of MS-13 20th Street, particularly violent acts directed at rival gang members or as ordered by the gang's leadership, increases the level of respect accorded that member, resulting in that member's maintaining or increasing his position in the gang, and possibly resulting in recognition as a leader.

11.     In addition to warring with rival gang members, MS-13 20th Street also uses violence against its members to enforce gang rules.  These rules include a prohibition against cooperating with law enforcement in the investigation and prosecution of any criminal case, especially one involving fellow gang members.  Depending on the severity of the violation, the punishment can be death.

12.     Members of MS-13 20th Street communicate about gang activities with other members of MS-13 20th Street in San Francisco and elsewhere (including, for instance, El Salvador and Guatemala) using landline telephones, mobile telephones, text messaging, email, social media applications, other messaging applications (including encrypted applications), notes or "kites," and other modes of communication.

<u>The Racketeering Enterprise</u>

13.     MS-13 20th Street, including its leadership, members, and associates, in the Northern District of California and elsewhere, constitutes an "enterprise" as defined in Title 18, United States Code, Sections 1961(4) and 1959(b)(2), that is, a group of individuals associated in fact that was engaged in, and the activities of which affected, interstate and foreign commerce.  The enterprise constitutes an ongoing organization whose members functioned as a continuing unit that had a common purpose of achieving the objectives of the enterprise.

<u>Purposes of the Enterprise</u>

14.     The purposes of MS-13 20th Street include, but are not limited to, the following:

a.     Preserving and protecting the power, territory, reputation, and profits of the enterprise, its members and associates, through the use of intimidation, violence, threats of violence, assaults, and murder;

b.     Promoting and enhancing the enterprise and the activities of its members and associates through criminal acts, including, but not limited to, murder, attempted murder, narcotics trafficking, robbery, assault, extortion, and other criminal activities;

c.     Keeping victims, potential victims, and community members in fear of the enterprise and its members and associates through violence and threats of violence;

d.     Providing financial support and information to MS-13 20th Street members; and

e.     Providing assistance to other MS-13 20th Street members who committed crimes for and

1    on behalf of the group, and to hinder, obstruct, and prevent law enforcement officers from identifying

2    the offenders, apprehending the offenders, and successfully prosecuting and punishing the offenders.

3                                    Means and Methods of the Enterprise

4            15.     The means and methods by which the defendants and other members and associates of

5    MS-13 20th Street conducted and participated in the conduct of the affairs of MS-13 20th Street

6    included, but were not limited to:

7            a.      The agreement that acts of violence, including murder, attempted murder, narcotics

8    trafficking, robbery, assault, and extortion, would be committed by members and associates when it

9    suited the enterprise's purpose.  The targets of the murders, attempted murders, and assaults included

10   perceived rivals found both in the gang's territory and in rival territory, as well as gang members

11   believed to have violated gang rules.  Gang members committed strong-arm robberies employing a show

12   of force, with weapons and superior numbers.  The gang sold various drugs, including marijuana and

13   cocaine, in gang territory.  The gang extorted money from various individuals, including street drug

14   dealers in the Tenderloin District of San Francisco.

15           b.      The agreement that members and associates of the enterprise would purchase, possess,

16   maintain, use, and circulate firearms for use in criminal activity by members and associates of the

17   enterprise.  The gang sought to raise money through various means in part to buy firearms and

18   ammunition for use by gang members.  The gang maintained a store of firearms, including the 12-gauge

19   shotgun used in the November 26, 2017 attempted murder; the 9mm semiautomatic pistol used in the

20   September 16, 2016, attempted murder; and the .38 Special caliber revolver also used in the September

21   16, 2016, attempted murder.

22           c.      Discussing, among other things, the membership and rules of MS-13 20th Street; the

23   status of MS-13 20th Street members in the enterprise; the disciplining of MS-13 20th Street members;

24   MS-13 20th Street members' encounters with law enforcement; plans and agreements regarding the

25   commission of future crimes, including murder, extortion, narcotics trafficking, illegal possession of

26   firearms, robbery, and assault, as well as ways to conceal these crimes; and the enforcement of the rules

27   of MS-13 20th Street.  Gang meetings took place at various locations, including Dolores Park and

28   Mission Playground, both which are in the Mission District of San Francisco.

1        d.      Committing and agreeing to commit acts of violence against those who would do harm to

2 MS-13 20th Street, its members, and others when it suited the enterprise's purposes.  This included

3 disciplining enterprise members and associates when it suited the enterprise's purposes.  It also included

4 threatening or assaulting members of the community in the territory over which the gang sought control.

5        e.      Using landline telephones, mobile telephones, text messaging, email, social media

6 applications, other messaging applications, notes or "kites," and other modes of communication, to plan

7 and commit crimes on behalf of the enterprise, including murder, extortion, narcotics trafficking, illegal

8 possession of firearms, robbery, assault, and other crimes, and to conceal these criminal activities by

9 obstructing justice, threatening or intimidating witnesses, and other means.  Members of the gang also

10 sought to raise the gang's public profile and promote its influence by posting photographs on social

11 media of gang members displaying gang signs, and by vandalizing public and private property with gang

12 graffiti.

13        16.      MS-13 20th Street, through its members and associates, engaged in racketeering activity,

14 as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is, multiple offenses

15 involving dealing in controlled substances, in violation of Title 21, United States Code, Sections

16 841(a)(1) and 846; multiple acts and threats involving murder, in violation of California Penal Code,

17 Sections 187, 188, 189, 182, 21a, 664, 653f, and 422; and multiple acts and threats involving extortion,

18 in violation of Title 18, United States Code, Section 1951, and California Penal Code, Sections 518, 519,

19 520, 182, 31, 21a, 664, 653f, and 422.

20                       Violent Crimes in Furtherance of the Enterprise

21        17.      On September 16, 2016, as charged in Counts Two, Three, and Four of the Superseding

22 Indictment, ALEXIS CRUZ ZEPEDA, a/k/a "Zorro," and KEVIN REYES MELENDEZ, a/k/a

23 "Neutron," fired approximately eight shots at victim C.G., whom they suspected of being a rival gang

24 member.  C.G. suffered five gunshot entry and exit wounds.  CRUZ ZEPEDA and REYES

25 MELENDEZ then fled the scene in a vehicle driven by RONALDY DOMINGUEZ, a/k/a "Smokey."

26 The getaway car led officers on a high speed chase, collided with another vehicle in the process, and

27 eventually evaded pursuit by driving the wrong way down the Vermont Street off ramp of Highway 101.

28 During the chase, occupants of the vehicle discarded two firearms, which were recovered by law

SUPERSEDING INDICTMENT        7

1   enforcement.  The victim suffered gunshot wounds to the lower body, but survived.  This shooting

2   occurred near the intersection of 21st and Hampshire Streets in San Francisco.

3          18.     On October 27, 2016, as charged in Count Five of the Superseding Indictment,

4   KENNETH CAMPOS, a/k/a "Nesio," and others assaulted three victims after demanding to know

5   whether they were rival gang members.  CAMPOS stomped and kicked at least one victim, J.C., in the

6   face and head while wearing shoes.  This assault occurred outside the Prita Hotel on Mission Street in

7   San Francisco.

8          19.     On November 26, 2017, as charged in Counts Six and Seven of the Superseding

9   Indictment, ELMER RODRIGUEZ, a/k/a "Gordo," shot J.E. in the chest at close range with a 12-gauge

10  shotgun.  RODRIGUEZ and fellow MS-13 gang members were attempting to extort cash and drugs

11  from street drug dealers at the time.  RODRIGUEZ suspected that J.E. was a street drug dealer who was

12  resisting the extortion.  Doctors provided emergency treatment and removed a shotgun wad from J.E.'s

13  chest.  J.E. remained in a coma for days, but survived.  This shooting occurred in the Tenderloin District

14  of San Francisco, on Eddy Street.

15         20.     On November 30, 2017, as charged in Count Eight of the Superseding Indictment,

16  OSCAR ESPINAL, a/k/a "Chuy," and EDWIN ALVARADO AMAYA, a/k/a "Muerte," assaulted and

17  stabbed R.L.  R.L. was standing at a San Francisco Municipal bus stop when a car in which ESPINAL

18  and ALVARADO AMAYA were passengers pulled up.  The driver of the car demanded to know

19  whether R.L. was a rival gang member.  ESPINAL and ALVARADO AMAYA exited the car, and R.L.

20  tried to flee.  ESPINAL and ALVARADO AMAYA chased R.L., caught him, and attacked him,

21  stabbing him approximately fifteen times.  R.L. suffered stab wounds to the face, chest, stomach, arm

22  and back.  R.L. was in critical condition after the stabbing, but survived.  This incident took place near

23  24th Street and Potrero Avenue in San Francisco.

24         21.     On May 27, 2018, as charged in Count Nine of the Superseding Indictment, ROGELIO

25  BELLOSO ALEMAN, a/k/a "Smiley," KENNETH CAMPOS, a/k/a "Nesio," and KEVIN REYES

26  MELENDEZ, a/k/a "Neutron," assaulted E.P. after learning that he had grown up in rival gang territory.

27  E.P. was punched and kicked in the head and suffered puncture wounds to the back, consistent with

28  having been stabbed.  This assault and stabbing took place in Dolores Park in the Mission District of San

SUPERSEDING INDICTMENT            8

1 │ Francisco.

2 │     22.    On January 24, 2019, as charged in Count Ten of the Superseding Indictment, KEVIN

3 │ GUATEMALA ZEPEDA, a/k/a "Mision," EVERT GALDAMEZ CISNEROS, "Talentoso,"

4 │ FERNANDO ROMERO BONILLA, a/k/a "Black," and others threatened and assaulted a family who

5 │ had gone out for dinner, including a 15-year-old minor and a 12-year-old minor, with a handgun and

6 │ knives, after demanding to know whether they were gang affiliated.  The group told the victims they did

7 │ not belong there.  The group then chased the family, and punched and kicked three of them.  This assault

8 │ took place across the street from Mission Playground in the Mission District of San Francisco.

9 │     23.    On April 6, 2019, as charged in Count Eleven of the Superseding Indictment, LUIS

10 │ VELIS DIAZ, a/k/a "Popa," and RONALDY DOMINGUEZ, a/k/a "Smokey," participated in the assault

11 │ and stabbing of A.R, whom they suspected of being a rival gang member.  DOMINGUEZ threw a punch

12 │ at the victim, and VELIS DIAZ stabbed him twice in the abdomen.  This assault took place near the

13 │ intersection of 16th and Albion Streets in the Mission District of San Francisco.

14 │     24.    On July 29, 2019, as charged in Count Twelve of the Superseding Indictment,

15 │ CHRISTIAN QUINTANILLA, MARVIN OSEGUEDA SARAVIA, a/k/a "Chiquis," and others

16 │ assaulted T.G. and J.M. with a glass bottle and knives, after demanding to know whether the victims

17 │ were gang affiliated.  OSEGUEDA SARAVIA swung a knife at J.M.  The group surrounded T.G.,

18 │ struck T.G. in the head with a bottle, punched her, and kicked her while wearing shoes.

19 │ QUINTANILLA robbed her of her cell phone.  This took place at 19th and Lexington Streets in the

20 │ Mission District of San Francisco.

21 │     25.    On August 6, 2019, as charged in Count Thirteen of the Superseding Indictment,

22 │ MISSAEL MENDOZA and two others assaulted and stabbed C.O.G., after demanding to know whether

23 │ he was a rival gang member.  The group surrounded C.O.G., punched and kicked him, and stabbed him

24 │ once.  The assailants then fled into Mission Playground, where one of them discarded a knife.  This

25 │ assault and stabbing occurred near Mission Playground in the Mission District of San Francisco.

26 │     26.    On August 12, 2019, as charged in Count Fourteen of the Superseding Indictment,

27 │ CHRISTIAN QUINTANILLA, MISSAEL MENDOZA, RONALDY DOMINGUEZ, a/k/a "Smokey,"

28 │ MARVIN OSEGUEDA SARAVIA, a/k/a "Chiquis," and KEVIN RAMIREZ VALENCIA, a/k/a

"Delincuente," and others committed a group assault of victims A.G. and P.G. outside the Little Star Pizza restaurant. Members of the group flashed gang signs, and one of them displayed a machete, before perpetrating the assault. The group surrounded and attacked the two victims, punching, kicking, and striking them with various blunt objects, including a broom handle, a metal stick, a cooler, and shoes. One victim sustained multiple lacerations to the head and arms, abrasions to the back of the head, and was left with a piece of wood embedded in his left forearm. The other victim sustained multiple lacerations to the head and forehead, a deep laceration to the right forearm, and spinal fractures. This occurred near the intersection of 15th and Valencia Streets in the Mission District of San Francisco.

COUNT ONE:          (18 U.S.C. § 1962(d) – Conspiracy to Conduct the Affairs of an Enterprise
                              Through a Pattern of Racketeering Activity)

## The Racketeering Conspiracy

27.   The allegations contained in paragraphs 1 through 16 of this Superseding Indictment are repeated and realleged as though fully set forth herein.

28.   Beginning on a date unknown to the Grand Jury, but no later than 2013, and continuing up through and including the present, in the Northern District of California and elsewhere, the defendants,

ROGELIO BELLOSO ALEMAN, a/k/a "Smiley,"

EDWIN ALVARADO AMAYA, a/k/a "Muerte,"

FERNANDO ROMERO BONILLA, a/k/a "Black,"

KENNETH CAMPOS, a/k/a "Nesio,"

EVERT GALDAMEZ CISNEROS, a/k/a "Talentoso,"

LUIS VELIS DIAZ, a/k/a "Popa,"

RONALDY DOMINGUEZ, a/k/a "Smokey,"

OSCAR ESPINAL, a/k/a "Chuy,"

WILFREDO IRAHETA LANDAVERDE, a/k/a "Wally,"

KEVIN REYES MELENDEZ, a/k/a "Neutron,"

ELMER RODRIGUEZ, a/k/a "Gordo,"

KEVIN RAMIREZ VALENCIA, a/k/a "Delincuente,"

ALEXIS CRUZ ZEPEDA, a/k/a "Zorro," and

KEVIN GUATEMALA ZEPEDA, a/k/a "Mision,"

together with others known and unknown to the Grand Jury, each being a person employed by and associated with MS-13 20th Street, an enterprise engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly, and intentionally did conspire to violate Title 18, United States Code, Section 1962(c), that is to conduct and participate, directly and indirectly, in the conduct of the affairs of MS-13 20th Street through a pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and (5), which pattern of racketeering activity consisted of:

a.     multiple acts and threats involving murder, in violation of California Penal Code Sections 187, 188, 189, 182, 31, 21a, 664, 653f, and 422; extortion, in violation of California Penal Code Sections 518, 519, 520, 182, 31, 21a, 664, 653f, and 422; and robbery, in violation of California Penal Code Sections 211, 212, 212.5, 213, 182, 31, 21a, 664, 653f, and 422;

b.     multiple acts indictable under Title 18, United States Code, Section 1951 (relating to interference with commerce, robbery, or extortion).

c.     multiple offenses involving dealing in controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846;

d.     multiple acts indictable under Title 18, United States Code, Sections 1512 (relating to tampering with a witness, a victim, or an informant) and 1503 (relating to obstruction of justice). It was part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

All in violation of Title 18, United States Code, Section 1962(d).

COUNT TWO:          (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering)

29.     The allegations contained in paragraphs 1 through 16 of this Superseding Indictment are repeated and realleged as though fully set forth herein.

30.     On or about September 16, 2016, in the Northern District of California, for the purpose of gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged in racketeering activity, the defendants,

RONALDY DOMINGUEZ, a/k/a "Smokey,"

KEVIN REYES MELENDEZ, a/k/a "Neutron," and

ALEXIS CRUZ ZEPEDA, a/k/a "Zorro,"

together with others known and unknown to the Grand Jury, and aided and abetted each by the others, unlawfully, knowingly, and intentionally attempted to murder victim C.G., in violation of California Penal Code Sections 187, 188, 189, 31, 21a, and 664.

All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

COUNT THREE:     (18 U.S.C. § 924(c) – Discharge of a Firearm in Furtherance of a Crime of Violence)

31.     On September 16, 2016, in the Northern District of California, the defendant,

ALEXIS CRUZ ZEPEDA, a/k/a "Zorro,"

did knowingly carry, use, brandish, and discharge a firearm, that is, a Ruger 9mm semiautomatic pistol bearing serial number 301-38102, during and in relation to the Attempted Murder charged in Count Two of this Superseding Indictment, and did knowingly possess said firearm in furtherance of the Attempted Murder in Aid of Racketeering charged in Count Two of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT FOUR:     (18 U.S.C. § 924(c) – Discharge of a Firearm in Furtherance of a Crime of Violence)

32.     On September 16, 2016, in the Northern District of California, the defendant,

KEVIN REYES MELENDEZ, a/k/a "Neutron,"

did knowingly carry, use, brandish, and discharge a firearm, that is, an Arminius .38 Special caliber Titan Tiger six-shot revolver bearing serial number 0100837, during and in relation to the Attempted Murder charged in Count Two of this Superseding Indictment, and did knowingly possess said firearm in furtherance of the Attempted Murder in Aid of Racketeering charged in Count Two of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT FIVE:     (18 U.S.C. §§ 1959(a)(3) and 2 – Assault With a Dangerous Weapon in Aid of Racketeering)

33.     The allegations contained in paragraphs 1 through 16 of this Superseding Indictment are

1   repeated and realleged as though fully set forth herein.

2        34.     On or about October 27, 2016, in the Northern District of California, for the purpose of

3   gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

4   in racketeering activity, the defendant,

5                           KENNETH CAMPOS, a/k/a "Nesio,"

6   with others known and unknown to the Grand Jury, and aided and abetted each by the others, did

7   unlawfully and knowingly assault victim J.C. with a dangerous weapon, to wit, shoes, in violation of

8   California Penal Code Sections 245(a)(1) and 31.

9        All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

10  COUNT SIX: (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering)

11       35.     The allegations contained in paragraphs 1 through 16 of this Superseding Indictment are

12  repeated and realleged as though fully set forth herein.

13       36.     On or about November 26, 2017, in the Northern District of California, for the purpose of

14  gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

15  in racketeering activity, the defendant,

16                          ELMER RODRIGUEZ, a/k/a "Gordo,"

17  together with others known and unknown to the Grand Jury, and aided and abetted each by the others,

18  unlawfully, knowingly, and intentionally attempted to murder victim J.E. in violation of California Penal

19  Code Sections 187, 188, 189, 31, 21a, and 664.

20       All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

21  COUNT SEVEN:       (18 U.S.C. § 924(c) – Discharge of a Firearm in Furtherance of a Crime of
                        Violence)
22

23       37.     On or about November 26, 2017, in the Northern District of California, the defendant,

24                          ELMER RODRIGUEZ, a/k/a "Gordo,"

25  did knowingly carry, use, brandish, and discharge a firearm, that is, a shotgun, during and in relation to

26  the Attempted Murder charged in Count Six of this Superseding Indictment, and did knowingly possess

27  said firearm in furtherance of the Attempted Murder in Aid of Racketeering charged in Count Six of this

28  Superseding Indictment.

SUPERSEDING INDICTMENT              13

1   All in violation of Title 18, United States Code, Section 924(c)(1)(A).

2   COUNT EIGHT:    (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering)

3   38.    The allegations contained in paragraphs 1 through 16 of this Superseding Indictment are

4   repeated and realleged as though fully set forth herein.

5   39.    On or about November 30, 2017, in the Northern District of California, for the purpose of

6   gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

7   in racketeering activity, the defendants,

8   EDWIN ALVARADO AMAYA, a/k/a "Muerte," and

9   OSCAR ESPINAL, a/k/a "Chuy,"

10   together with others known and unknown to the Grand Jury, and aided and abetted each by the others,

11   unlawfully, knowingly, and intentionally attempted to murder victim R.L., in violation of California

12   Penal Code Sections 187, 188, 189, 31, 21a, and 664.

13   All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

14   COUNT NINE:    (18 U.S.C. §§ 1959(a)(3) and 2 – Assault With a Dangerous Weapon in Aid of
15   Racketeering)

16   40.    The allegations contained in paragraphs 1 through 16 of this Superseding Indictment are

17   repeated and realleged as though fully set forth herein.

18   41.    On or about May 27, 2018, in the Northern District of California, for the purpose of

19   gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged

20   in racketeering activity, the defendants,

21   ROGELIO BELLOSO ALEMAN, a/k/a "Smiley,"

22   KENNETH CAMPOS, a/k/a "Nesio," and

23   KEVIN REYES MELENDEZ, a/k/a "Neutron,"

24   together with others known and unknown to the Grand Jury, and aided and abetted each by the others,

25   did unlawfully and knowingly assault victim E.P. with a dangerous weapon, to wit, at least one object

26   capable of causing puncture wounds, in violation of California Penal Code Sections 245(a)(1) and 31.

27   All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

28

SUPERSEDING INDICTMENT         14

COUNT TEN:  (18 U.S.C. §§ 1959(a)(3) and 2– Assault With a Dangerous Weapon in Aid of Racketeering)

42. The allegations contained in paragraphs 1 through 16 of this Superseding Indictment are repeated and realleged as though fully set forth herein.

43. On or about January 24, 2019, in the Northern District of California, for the purpose of gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged in racketeering activity, the defendants,

FERNANDO ROMERO BONILLA, a/k/a "Black,"

EVERT GALDAMEZ CISNEROS, a/k/a "Talentoso," and

KEVIN GUATEMALA ZEPEDA, a/k/a "Mision,"

together with others known and unknown to the Grand Jury, and aided and abetted each by the others, did unlawfully and knowingly assault victims J.T., K.B., and E.R. with a dangerous weapon, to wit, a firearm, knives, and shoes, resulting in serious bodily injury, in violation of California Penal Code Sections 245(a)(1) and 31.

All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

COUNT ELEVEN: (18 U.S.C. §§ 1959(a)(3) and 2 – Assault With a Dangerous Weapon in Aid of Racketeering)

44. The allegations contained in paragraphs 1 through 16 of this Superseding Indictment are repeated and realleged as though fully set forth herein.

45. On or about April 6, 2019, in the Northern District of California, for the purpose of gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged in racketeering activity, the defendants,

LUIS VELIZ DIAZ, a/k/a "Popa," and

RONALDY DOMINGUEZ, a/k/a "Smokey,"

together with others known and unknown to the Grand Jury, and aided and abetted each by the others, did unlawfully and knowingly assault victim A.R. with a dangerous weapon, to wit, a bladed weapon, in violation of California Penal Code Sections 245(a)(1) and 31.

All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

SUPERSEDING INDICTMENT   15

1  <u>COUNT TWELVE:</u>          (18 U.S.C. §§ 1959(a)(3) and 2 – Assault With a Dangerous Weapon in
2                               Aid of Racketeering)

3      46.    The allegations contained in paragraphs 1 through 16 of this Superseding Indictment are
4  repeated and realleged as though fully set forth herein.

5      47.    On or about July 29, 2019, in the Northern District of California, for the purpose of
6  gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged
7  in racketeering activity, the defendants,

8                          CHRISTIAN QUINTANILLA, and

9                          MARVIN OSEGUEDA SARAVIA,

10  together with others known and unknown to the Grand Jury, and aided and abetted each by the others,
11  did unlawfully and knowingly assault victims T.G. and J.M. with a dangerous weapon, to wit, at least
12  one knife and at least one glass bottle, resulting in serious bodily injury, in violation of California Penal
13  Code Sections 245(a)(1) and 31.

14      All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

15  <u>COUNT THIRTEEN:</u>        (18 U.S.C. §§ 1959(a)(3) and 2 – Assault With a Dangerous Weapon in
16                               Aid of Racketeering)

17      48.    The allegations contained in paragraphs 1 through 16 of this Superseding Indictment are
18  repeated and realleged as though fully set forth herein.

19      49.    On or about August 6, 2019, in the Northern District of California, for the purpose of
20  gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged
21  in racketeering activity, the defendants

22                          MISSAEL MENDOZA,

23  together with others known and unknown to the Grand Jury, and aided and abetted each by the others,
24  did unlawfully and knowingly assault victim C.G. with a dangerous weapon, to wit, a knife, in violation
25  of California Penal Code Sections 245(a)(1) and 31.

26      All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

27  //

28  //

SUPERSEDING INDICTMENT          16

1   <u>COUNT FOURTEEN</u>:     (18 U.S.C. §§ 1959(a)(3) and 2 – Assault With a Dangerous Weapon in
2                                        Aid of Racketeering)

3       50.     The allegations contained in paragraphs 1 through 16 of this Superseding Indictment are
4 repeated and realleged as though fully set forth herein.

5       51.     On or about August 12, 2019, in the Northern District of California, for the purpose of
6 gaining entrance to and maintaining and increasing position in MS-13 20th Street, an enterprise engaged
7 in racketeering activity, the defendants,

8                       RONALDY DOMINGUEZ, a/k/a "Smokey,"
9                       MISSAEL MENDOZA,
10                       CHRISTIAN QUINTANILLA,
11                       MARVIN OSEGUEDA SARAVIA, a/k/a "Chiquis," and
12                       KEVIN RAMIREZ VALENCIA, a/k/a "Delincuente,"

13 together with others known and unknown to the Grand Jury, and aided and abetted each by the others,
14 did unlawfully and knowingly assault victims A.G. and P.G. with a dangerous weapon, to wit, shoes, a
15 cooler, a broom handle, a metal stick, and a machete, in violation of California Penal Code Sections
16 245(a)(1) and 31.

17      All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

18   <u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. §§ 924(d), 1963; 28 U.S.C. § 2461(c))

19       52.     The factual allegations contained in Counts One through Fourteen of this Superseding
20 Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of
21 alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 924(d) and 1963, and 28 U.S.C. § 2461(c).

22       53.     Upon conviction of the offense alleged in Count One of this Superseding Indictment, the
23 defendants,

24                       ROGELIO BELLOSO ALEMAN, a/k/a "Smiley,"
25                       EDWIN ALVARADO AMAYA, a/k/a "Muerte,"
26                       FERNANDO ROMERO BONILLA, a/k/a "Black,"
27                       KENNETH CAMPOS, a/k/a "Nesio,"
28                       EVERT GALDAMEZ CISNEROS, a/k/a "Talentoso,"

1                                     LUIS VELIS DIAZ, a/k/a "Popa,"

2                          RONALDY DOMINGUEZ, a/k/a "Smoky,"

3                               OSCAR ESPINAL, a/k/a "Chuy,"

4                    WILFREDO IRAHETA LANDAVERDE, a/k/a "Wally,"

5                     KEVIN REYES MELENDEZ, a/k/a "Neutron,"

6                         ELMER RODRIGUEZ, a/k/a "Gordo,"

7                  KEVIN RAMIREZ VALENCIA, a/k/a "Delincuente,"

8                    ALEXIS CRUZ ZEPEDA, a/k/a "Zorro," and

9                 KEVIN GUATEMALA ZEPEDA, a/k/a "Mision,"

10  shall forfeit to the United States, pursuant to 18 U.S.C. § 1963: (1) any interest the defendants have

11  acquired or maintained in violation of 18 U.S.C. § 1962; (2) any interest in, security of, claim against, or

12  property or contractual right of any kind affording a source of influence over; any enterprise which the

13  defendant has established, operated, controlled, conducted or participated in the conduct of, in violation

14  of 18 U.S.C. § 1962; and (3) any property (including real property and things growing thereon, affixed

15  thereto and found in land, and any tangible and intangible personal property including rights, privileges,

16  interests, claims, and securities), constituting or derived from any proceeds which the defendants

17  obtained directly or indirectly from racketeering activity in violation of 18 U.S.C. § 1962.

18         54.    Upon conviction of the offenses alleged in Counts Three, Four and Seven,

19                    KEVIN REYES MELENDEZ, a/k/a "Neutron,"

20                     ELMER RODRIGUEZ, a/k/a "Gordo," and

21                   ALEXIS CRUZ ZEPEDA, a/k/a "Zorro,"

22  shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or

23  ammunition involved in or used in any knowing violation of 18 U.S.C. § 924(c), including a Ruger 9mm

24  pistol, bearing serial number 301-38102) loaded with 9 live rounds (3 GFC 9mm Luger rounds, 5 SIG

25  9mm Luger, and 1 PMC 9mm Luger round) and an Arminius .38 Special caliber Titan Tiger six-shot

26  revolver bearing serial number 0100837.

27         55.    If any of the property described above, as a result of any act or omission of the defendant:

28            a.     cannot be located upon the exercise of due diligence;

SUPERSEDING INDICTMENT        18

1       b.     has been transferred or sold to or deposited with, a third person;

2       c.     has been placed beyond the jurisdiction of the Court;

3       d.     has been substantially diminished in value; or

4       e.     has been commingled with other property which cannot be divided without

5            difficulty;

6 any and all interest the defendants have in any other property (not to exceed the value of the above

7 forfeitable property) shall be forfeited to the United States, pursuant to 18 U.S.C. § 1963(m).

8     All pursuant to 18 U.S.C. §§ 924(d) and 1963, and 28 U.S.C. § 2461(c), and Rule 32.2 of the

9 Federal Rules of Criminal Procedure.

10 <u>NOTICE OF SPECIAL SENTENCING FACTORS FOR COUNT ONE</u>

11 <u>Number 1:  Attempted Murder of C.G.</u>

12    56.    On September 16, 2016, in the Northern District of California, defendants,

13         RONALDY DOMINGUEZ, a/k/a "Smoky,"

14        KEVIN REYES MELENDEZ, a/k/a "Neutron," and

15         ALEXIS CRUZ ZEPEDA, a/k/a "Zorro,"

16 knowingly, intentionally and willfully, with deliberation and premeditation, and with malice

17 aforethought, attempted to kill C.G., in violation of California Penal Code Sections 187, 188, 189, 31,

18 and 664.

19 <u>Number 2:  Attempted Murder of J.E.</u>

20    57.    November 26, 2017, in the Northern District of California, defendants,

21         ELMER RODRIGUEZ, a/k/a "Gordo,"

22 knowingly, intentionally and willfully, with deliberation and premeditation, and with malice

23 aforethought, attempted to kill J.E., in violation of California Penal Code Sections 187, 188, 189, 31,

24 and 664.

25 //

26 //

27 //

28 //

1 | <u>Number 3:  Attempted Murder of R.L.</u>

2 |     58.    November 30, 2017, in the Northern District of California, defendants,

3 | EDWIN ALVARADO AMAYA, a/k/a "Muerte," and

4 | OSCAR ESPINAL, a/k/a "Chuy,"

5 | knowingly, intentionally and willfully, with deliberation and premeditation, and with malice

6 | aforethought, attempted to kill R.L., in violation of California Penal Code Sections 187, 188, 189, 31,

7 | and 664.

9 | DATED:                                                 A TRUE BILL.

11 |     2/18/2020                    _____

                                               FOREPERSON

13 | DAVID L. ANDERSON
United States Attorney

16 | ANDREW M. SCOBLE
RAVI T. NARAYAN

17 | Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



UNDER SEAL

FILED

FEB 18 2020

## CRIMINAL COVER SHEET

**SUSAN Y. SOONG**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted,*
*along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** | **CASE NUMBER:** |
| USA v.  ROGELIO BELLOSO ALEMAN, et al. | CR  CR 19-0280 SI |

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes ✓ | No |
| **Total Number of Defendants:** | 1    2-7 | 8 or more ✓ |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓    OAK | SJ |
| **Is this a potential high-cost case?** | Yes ✓ | No |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ |
| **Is this a RICO Act gang case?** | Yes ✓ | No |

**Assigned AUSA**
**(Lead Attorney):** Ravi Narayan          **Date Submitted:** 02/18/20

**Comments:**

RESET FORM          SAVE PDF