10-18-2022

Honorable Judge, my name is Rogelio Belloso Aleman and my case number is: CR 19-0280 RS. I am writing this letter to inform the court that I want to request a different defense attorney on grounds that the current incumbents' sufficiency is lacking.

Throughout the case, I have been requesting discovery pertinent to my charges to Mr. George Boisseau without any results; I have run out of patient. Additionally, communication is strained due to my attorneys' busy agenda. I believe he's too busy to take care of my case, I have questions that remain unanswered.

My legal counsel is lacking the time to fullfill my request to develop discovery material and to set a proper line of communication; therefore, the need for another lawyer. My case has taken a pivotal turn that needs potential attention. Please consider my request.

Thank you for your time.

FILED
OCT 24 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Sincerelly,

Rogelio Belloso Aleman

Rogelio Belloso (UMD 227)
5325 Broder Blvd.
Dublin, CA 94568

RECEIVED
OCT 24 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

OAKLAND CA 945
21 OCT 2022 PM 7 L

Hon. Richard Seeborg
450 Golden Gate Ave.
San Francisco, CA 94102-3495



94102-349599

